**Order entered October 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00567-CR

**DERIC WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F12-13693-L**

## ORDER

The Court **GRANTS** court reporter Kelly Simmons's October 3, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Simmons to file the reporter's record within **THIRTY-FIVE (35) DAYS** from the date of this order.

/s/     ADA BROWN
        JUSTICE